R.J. Coughlan, Jr. (State Bar No. 91711)
Earll M. Pott (State Bar No. 156516)
**COUGHLAN, SEMMER & LIPMAN, LLP**
501 West Broadway, Suite 400
San Diego, CA 92101
(619) 232-0800
(619) 232-0107 (facsimile)

Attorneys for Defendant
TRIARC COMPANIES, INC.

FILED
2006 SEP -6 PM 2:55
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY RM DEPUTY

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

TIMOTHY W. MOSER,
Plaintiff,
v.
TRIARC COMPANIES, INC.,
Defendant.

CASE NO. 05-CV-1742-LAB (WMC)

**STIPULATION AND ORDER REGARDING DEFENDANT'S RESPONSES TO PLAINTIFF'S FIRST AMENDED COMPLAINT**

Judge: Larry A. Burns
Magistrate: William McCurine, Jr.

WHEREAS, as documented in the attached declaration, Plaintiff served his Opposition to Defendant's Motion to Dismiss First Amended Complaint ("Opposition") by mail on August 23, 2006;

WHEREAS, Defendant's counsel was unaware that Plaintiff had included his Opposition amid voluminous responsive pleadings in a companion case, did not see the Opposition until Plaintiff's counsel brought it to his attention on August 29, 2006, and therefore seeks sufficient time to file a reply; and

WHEREAS, the Court on its own motion has just continued the hearing on the Motion to Dismiss to October 23, 2006:

////

////

ORIGINAL

IT IS HEREBY STIPULATED by and between Plaintiff and Defendant, by and through their respective attorneys of record herein, that:

Defendant may have until September 21, 2006 to file a reply.

IT IS SO STIPULATED.

**PROCOPIO CORY HARGREAVES & SAVITCH LLP**

Dated: ______________________

By: ________________________________
Anthony J. Dain
Frederick K. Taylor
Frederic G. Ludwig, III

Attorneys for Plaintiff TIMOTHY W. MOSER

**COUGHLAN, SEMMER & LIPMAN, LLP**

Dated: August 30, 2006

By: ________________________________
R. J. Coughlan
Earll M. Pott

Attorneys for Defendant TRIARC COMPANIES, INC.

@PFDesktop\::ODMA/PCDOCS/CSL/59575/1

IT IS HEREBY STIPULATED by and between Plaintiff and Defendant, by and through their respective attorneys of record herein, that:

Defendant may have until September 21, 2006 to file a reply.

IT IS SO STIPULATED.

Dated: Aug. 30, 2006

PROCOPIO CORY HARGREAVES & SAVITCH LLP

By: ______________________
Anthony J. Dain
Frederick K. Taylor
Frederic G. Ludwig, III

Attorneys for Plaintiff TIMOTHY W. MOSER

Dated: August 30, 2006

COUGHLAN, SEMMER & LIPMAN, LLP

By: ______________________
R. J. Coughlan
Earll M. Pott

Attorneys for Defendant TRIARC COMPANIES, INC.

@PFDesktop\::ODMA/PCDOCS/CSL/59575/1

RECEIVED TIME AUG. 30. 1:54PM

ORDER

The parties to this Stipulation, Plaintiff TIMOTHY W. MOSER and Defendant TRIARC COMPANIES, INC., having stipulated by and through their counsel of record herein, and for good cause shown;

IT IS HEREBY ORDERED that Defendant's deadline for filing and service of a reply to Plaintiff's Opposition to Defendant's Motion to Dismiss the First Amended Complaint is hereby extended to September 21, 2006.

Dated: 9-5-06

[signature]
U.S. DISTRICT JUDGE