# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY W. MOSER, an individual,<br><br>　　　　　　　　　　　　Plaintiff,<br>　vs.<br>TRIARC COMPANY, INC., a Delaware corporation,<br><br>　　　　　　　　　　　　Defendant. | CASE NO. 05cv1742-LAB (WMc)<br><br>**ORDER GRANTING JOINT MOTION TO CONTINUE MOTION TO STRIKE** |

On August 14, 2007, Plaintiff filed a motion for leave to conduct discovery in order to allow him to respond to Defendant's anti-SLAPP motion. On August 17, 2007, the parties jointly moved to continue Defendant's anti-SLAPP motion, in order to allow Plaintiff's discovery motion to be briefed and decided before the anti-SLAPP motion to which the discovery pertains. The anti-SLAPP motion is currently set for hearing on September 10, 2007. The motion to conduct discovery is currently set for hearing on October 1, 2007. For good cause shown, the hearing on Defendant's anti-SLAPP motion is **RESCHEDULED** from September 10, 2007 to November 13, 2007. Corresponding briefing dates are likewise **RESCHEDULED** as provided under Civil Local Rule 7.1(e)(1)–(3).

**IT IS SO ORDERED**.

DATED: August 28, 2007

　　　　　　　　　　　　　　　　　　　　*[signature]*

　　　　　　　　　　　　　　　　　**HONORABLE LARRY ALAN BURNS**
　　　　　　　　　　　　　　　　　United States District Judge